DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC H. GOLD,** individually, and in his
capacity as a Shareholder of **CAMBRIDGE
DIAGNOSTIC PRODUCTS, INC.,**
Appellant,

v.

**CAMBRIDGE DIAGNOSTIC PRODUCTS, INC.,** as a Nominal Defendant,
and **GARY GOLD** and **ROY GOLD,** individually,
Appellees.

No. 4D2025-3263

[March 26, 2026]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Briscoe Frink, Judge; L.T. Case No. 062023CA020877AXXXCE.

Barbara Ann Heyer of Heyer & Associates, P.A., Pembroke Pines, for appellant.

David Di Pietro of Di Pietro Partners, PLLC, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***